IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRUDY BJORNSON,

        Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                           Case No. 12-cv-511-bbc

CAROLYN COLVIN, Acting
Commissioner of Social Security,

        Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, denying plaintiff Trudy Bjornson's application for Supplemental Security disability benefits is reversed and remanded under sentence four of 42 U.S.C. § 405(g).

| /s/ | 5/13/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |